IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY C. POSTEN, #251 716, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21-CV-61-WHA-CSC |
| ) | |
| DOC, et al. ) | |
| ) | |
| Defendants. ) | |
| | |
| JEREMY C. POSTEN, #251 716, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21-CV-123-WHA-CSC |
| ) | |
| ELBA WORK CENTER, et al. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on April 12, 2021. Doc. 5. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the Court and to prosecute this action.

Final Judgment will be entered separately.

Done, this 4th day of May 2021.

                         /s/ W. Harold Albritton
                         W. HAROLD ALBRITTON
                         SENIOR UNITED STATES DISTRICT JUDGE